UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HELIO J. LEAL DE LA HOZ,

    Plaintiff,

v.

CAPITAL ONE CREDIT CARDS,

    Defendant.

CASE NO. C17-1428 RSM

ORDER OF DISMISSAL

*Pro Se* Plaintiff Helio J. Leal de La Hoz, a Seattle resident, filed his Complaint on September 26, 2017. Dkt. #4. Summonses have not yet been issued. Plaintiff appears to make claims of fraud and harassment arising from Defendant's alleged failure to close Plaintiff's credit card account due to his inability to make payments. *Id.* Plaintiff alleges that he has suffered damage to his credit report, which has prevented him from obtaining loans to buy a car and a computer, and emotional distress, as a result. *Id.* Plaintiff also asserts that Defendant's continued use of the words "please," "thank you," "good" and "no," have triggered his PTSD symptoms. *Id.* Plaintiff seeks over $500 million in monetary damages.

On September 27, 2017, this Court directed Plaintiff to file an Amended Complaint no later than 21 days from the date of that Order, to include a short and plain statement demonstrating to the Court that there is a legal basis for his claims, and identifying what law or laws it believes Defendant has violated through its alleged conduct. Dkt. #5. Plaintiff was also

ORDER
PAGE - 1

informed that if he failed to cure the deficiencies with the Complaint, his case would be dismissed. Dkt. #5.

More than 21 days have passed since the Court issued its Order and Plaintiff has failed to file an Amended Complaint. Accordingly, this matter is DISMISSED and this case is now CLOSED.

The Clerk shall send a copy of this Order to Mr. Leal de La Hoz at 77 S. Washington St., Seattle, WA 98104.

DATED this 27th day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2